■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES ROBINSON, Respondent, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Appellant.— The certificate of the County Clerk attached to the record states that the "minutes of the hearing" are certified. No minutes are included in the record as filed and we deem the record accordingly to be incomplete. The case is restored to the calendar and the appellant is directed to file a supplemental record on appeal which shall include the minutes of the hearing and any additional papers pertaining to this appeal which have been omitted.